## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Petitioner | ) | |
| | ) | |
| V. | ) | M.B.D. No. |
| | ) | |
| ROBERT H. HAVEY | ) | **04**MBD **10293** |
| Respondent | ) | |

### AFFIDAVIT OF REVENUE OFFICER

I, David Malo, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Robert H. Havey, are true to the best of my knowledge and belief.

_____
Revenue Officer
Internal Revenue Service

Subscribed and sworn to before me at _Taunton Federal Credit Union_

Massachusetts on the __19th__ day of __April__, 200 _4_.

_____
NOTARY PUBLIC

My Commission expires: _____



SASHA MARY LAWRENCE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 30, 2010