UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | M.B.D. No. 04-MC-10293-NMG (LPC) |
| | ) | |
| ROBERT H. HAVEY, | ) | |
| Respondent. | ) | |

## MOTION TO WITHDRAW PETITION
## TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and

by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts,

hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which

was filed with this Court. This Court issued an Order to Show Cause for the respondent to

appear before the Court on November 4, 2004 at 2:00 p.m.

The petitioner now seeks to withdraw its petition because the Internal Revenue Service

does not wish to pursue this matter any further.

Respectfully submitted:

MICHAEL J. SULLIVAN,
United States Attorney

I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney of
record for each other party by mail on

By: _____  11/4/04
ANTON P. GIEDT
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

_____
Assistant U.S. Attorney

Dated: November 4, 2004